UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:13-cv-00743-SEB-DKL |
| ) | |
| ELONIA GARCIA and BLY, INC., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

For the reasons detailed in the Court's Order entered simultaneously herewith, the Court now enters **FINAL JUDGMENT** in this action in favor of Plaintiff J&J Sports Productions, Inc. ("J&J") and against Defendants Elonia Garcia and Bly, Inc., individually and doing business as El Rey Del Taco Mexican Restaurant, for a total amount of $6,161.50. This figure includes:

1. Actual damages in the amount of $4,200.00;

2. Attorneys' fees in the amount of $1,522.50; and

3. Costs in the amount of $439.00.

Date: __8/24/2016__

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charlie William Gordon
GREENE & COOPER PSC
cgordon@greenecooper.com